1154

No. 04–922.  NATIONAL WRESTLING COACHES ASSN. ET AL. *v.* DEPARTMENT OF EDUCATION, *ante,* p. 1104;

No. 04–1038.  SINGH *v.* GONZALES, ATTORNEY GENERAL, 544 U. S. 1031;

No. 04–1076.  DEYERBERG *v.* WOODWARD ET AL., 544 U. S. 949;

No. 04–1151.  PITTS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 544 U. S. 1018;

No. 04–1180.  DUGAS *v.* CLARON CORP., 544 U. S. 1032;

No. 04–1194.  HARLEY *v.* ADLER ET AL., 544 U. S. 1018;

No. 04–1202.  UNITED STATES EX REL. GAY ET AL. *v.* LINCOLN TECHNICAL INSTITUTE INC., 544 U. S. 1032;

No. 04–1205.  CLANCY *v.* AT&T CORP.; and CLANCY *v.* COMCAST CORP. ET AL., 544 U. S. 1032;

No. 04–1210.  HEMBREE *v.* UNITED STATES, *ante,* p. 1112;

No. 04–1211.  FLOYD *v.* MARYLAND, 544 U. S. 1033;

No. 04–1306.  MOLLINGER-WILSON ET VIR *v.* QUIZNO'S FRANCHISE CO., 544 U. S. 1034;

No. 04–1337.  PEARSON *v.* UNITED STATES, 544 U. S. 1034;

No. 04–1357.  GIBLER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY (two judgments), *ante,* p. 1105;

No. 04–6120.  PEARL *v.* CASON, WARDEN, 544 U. S. 1062;

No. 04–7058.  PAUL *v.* FOX ET AL., 543 U. S. 1065;

No. 04–7514.  DAVIS ET AL. *v.* UNITED STATES CONGRESS, 544 U. S. 1034;

No. 04–7694.  CARUSO *v.* TRUSTEE OF ST. JUDE CHILDREN'S RESEARCH HOSPITAL ET AL., 543 U. S. 1163;

No. 04–8018.  CLAY *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 544 U. S. 1035;

No. 04–8230.  OBI *v.* TEXAS (two judgments), 544 U. S. 951;

No. 04–8310.  RAMIREZ-ROBLES *v.* UNITED STATES, 544 U. S. 1035;

No. 04–8415.  FREMONDE *v.* CITY OF NEW YORK, NEW YORK, ET AL., 544 U. S. 963;

No. 04–8608.  GENTRY *v.* BUTLER, WARDEN, 544 U. S. 982;

No. 04–8734.  HENDRICKS *v.* RUSHTON, WARDEN, ET AL., 544 U. S. 1001;

No. 04–8801.  JACKSON *v.* CITY OF SIKESTON POLICE DEPARTMENT, 544 U. S. 1003;

No. 04–8804.  KWIATKOWSKI *v.* J. P. MORGAN CHASE & CO., 544 U. S. 1003;

No. 04–8843.  SANCHO *v.* RAMIREZ ET AL., 544 U. S. 1019;

No. 04–8848.  DUARTE *v.* SNEDEKER, WARDEN, 544 U. S. 1019;

No. 04–8859.  WANSING *v.* SMELSER, WARDEN, ET AL., 544 U. S. 1020;

No. 04–8886.  WASHINGTON *v.* AMERICAN DRUG STORES, INC., 544 U. S. 1020;

No. 04–8897.  LAMAR-HOGAN *v.* GEORGIA DEPARTMENT OF LABOR, 544 U. S. 1021;

No. 04–8936.  WALLS *v.* SECURITY ENFORCEMENT BUREAU OF NEW YORK, INC., ET AL., 544 U. S. 1021;

No. 04–8948.  EYAJAN *v.* SMITH ET AL., 544 U. S. 1022;

No. 04–8951.  SMITH *v.* VIRGINIA, 544 U. S. 1004;

No. 04–8953.  RAY *v.* NEW JERSEY, 544 U. S. 1022;

No. 04–8977.  WATERS *v.* SCHWARTZ, WARDEN, 544 U. S. 1022;

No. 04–8989.  VORA *v.* STRASSBURGER, MCKENNA, MESSER, SHILOBOD & GUTNICK, 544 U. S. 1035;

No. 04–9017.  THOMAS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 544 U. S. 1036;

No. 04–9023.  BASCOM *v.* FRIED ET AL., 544 U. S. 1036;

No. 04–9030.  MENDOZA *v.* LANE ET AL., 544 U. S. 1036;

No. 04–9053.  HICKS *v.* COLLINS, WARDEN, 544 U. S. 1037;

No. 04–9180.  WOODS *v.* RENICO, WARDEN, 544 U. S. 1039;

No. 04–9207.  ROWE *v.* ROBERT HALF INTERNATIONAL, INC., ET AL., 544 U. S. 1051;

No. 04–9221.  DUNLAP *v.* HATHAWAY, JUDGE, CIRCUIT COURT OF MICHIGAN, THIRD CIRCUIT, 544 U. S. 1051;

No. 04–9289.  MASKO *v.* UNITED STATES, 544 U. S. 1006;

No. 04–9290.  KING *v.* THOMAS, WARDEN, 544 U. S. 1052;

No. 04–9323.  JONES *v.* SALEEBY ET AL., 544 U. S. 1053;

No. 04–9337.  STERLING *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 544 U. S. 1053;

No. 04–9347.  PLCH *v.* COPLAN, WARDEN, 544 U. S. 1053;

No. 04–9360.  ALLEN *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 544 U. S. 1040;

No. 04–9376.  WINGATE *v.* UNITED STATES, 544 U. S. 1008;

No. 04–9378.  WARFIELD *v.* SOUTH DAKOTA, 544 U. S. 1040;

No. 04–9400. Jalomo Lopez v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division, 544 U. S. 1064;

No. 04–9452. Ballentine v. Illinois State Police, 544 U. S. 1040;

No. 04–9457. Allen v. Maxwell-Hodges et al., 544 U. S. 1065;

No. 04–9471. Bunch v. Stalder, Secretary, Louisiana Department of Public Safety and Corrections, 544 U. S. 1065;

No. 04–9499. Athanasiades v. Edelman, 544 U. S. 1025;

No. 04–9511. Hohmann v. Wood, dba Wood Oberholtzer, ante, p. 1107;

No. 04–9523. Porter v. Michigan Parole Board et al., ante, p. 1107;

No. 04–9565. Hummingway, aka Goldenstein v. United States, 544 U. S. 1041;

No. 04–9636. Stratton v. United States, 544 U. S. 1042;

No. 04–9662. Evans et al. v. Department of Housing and Urban Development et al., 544 U. S. 1066;

No. 04–9670. Blom v. United States, 544 U. S. 1043;

No. 04–9715. In re Pedraza, 544 U. S. 1031;

No. 04–9849. In re Williams, 544 U. S. 1048;

No. 04–9861. Buculei v. United States, 544 U. S. 1067; and

No. 04–9874. Moody v. Delray Beach Police Department et al., ante, p. 1120. Petitions for rehearing denied.

No. 03–10812. Williams v. United States, 543 U. S. 852;

No. 04–8544. Walker v. Barnhart, Commissioner of Social Security, et al., 544 U. S. 933; and

No. 04–9497. Volis v. United States, 544 U. S. 1025. Motions for leave to file petitions for rehearing denied.

## August 4, 2005

No. 05–5619 (05A129). Sibley v. Alabama. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Certiorari denied.

No. 04–9544 (05A125). In re Sibley, ante, p. 1103. Application for stay of execution of sentence of death, presented to Jus-